**FILED**

AUG 2 1 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13cr1766-JM |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT AND ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| FRANCISCO MORALES, | |
| Defendant. | |

GOOD CAUSE APPEARING, the motion by the United States to dismiss the indictment in this case without prejudice is GRANTED. The indictment against Defendant Francisco Morales is dismissed without prejudice.

IT IS SO ORDERED.

DATED: 8/21/13

Hon. JEFFREY T. MILLER
U.S. District Court Judge